UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7702 MWF (JPRx)**                                      Date:  December 14, 2021

Title        **Thomas Turchioe v. Heather Michelle Adams, et al.**

Present: The Honorable:     **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    A review of the docket in this action reflects that the Complaint was filed on September 28, 2021.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on December 27, 2021.  On November 15, 2021, Plaintiff filed two Notice and Acknowledgment of Receipt of Summons and Complaint on Defendants Heather Michelle Adams (Docket No. 11) and Kirk Jonathan Marple (Docket No. 12).  Plaintiff also filed two Waivers of Service of Summons for Defendants Kurk Marple (Docket No. 13) and Heather Adams (Docket No. 14).

    The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 4, 2022**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7702 MWF (JPRx)**                                    Date:  December 14, 2021

Title          **Thomas Turchioe v. Heather Michelle Adams, et al.**

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **January 4, 2022** will result in the dismissal of this action.

  IT IS SO ORDERED.

                     Initials of Preparer:  RS/sjm