UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 21-7702-MWF(JPRx)**                                         Date:  September 30, 2024

Title     ***Thomas Turchioe v. Heather Michelle Adams, et al.***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 25, 2022, the Court filed Default Judgment in favor of Plaintiff Thomas Turchioe and against Defendant Heather Adams (the "Default Judgment").  (Docket No. 23).  On May 26, 2022, the Court filed an Order Granting in Part and Denying in Part Plaintiff's Motion for Entry of Default Judgment (the "Order").  (Docket No. 22).  The Order denied Plaintiff's Motion for Default Judgment as to Defendant Kirk Jonathan Marple and indicated that another motion for default judgment could be filed if the issues identified in the Order could be corrected.  Since that time, Plaintiff has not filed another motion for default judgment and there has been no further activity in this matter.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 7, 2024**.

- A renewed Motion for Default Judgment; or
- A voluntary dismissal as to Defendant Kirk Jonathan Marple.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action as to Defendant Kirk Jonathan Marple.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7702-MWF(JPRx)**                              Date: September 30, 2024

Title          ***Thomas Turchioe v. Heather Michelle Adams, et al.***

IT IS SO ORDERED.